FILED
U.S. DISTRICT COURT

2013 FEB -8  A 10: 42

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JERRI LEIGH JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>CR ENGLAND, et al.,<br><br>        Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 2:12-cv-782 DB |

       Before the court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on December 6th, 2012, recommending that the court dismiss plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

       The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Plaintiff filed an objection fifteen days after service of the magistrate judge's report.

       Having reviewed all relevant materials, including plaintiff's objection and the reasoning

set forth in the magistrate judge's Report and Recommendation, the court ADOPTS the Report and Recommendation. Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The remaining motions are deemed MOOT.

It is so ordered.

Dated this 6th day of February, 2013.

BY THE COURT

Dee Benson, Judge
United States District Court